```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/11/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - X
                                 :

UNITED STATES OF AMERICA      :  **UNSEALING ORDER**

           - v. -             :  S1 21 Cr. 692 (VEC)

OSCAR HENAO-MONTOYA,        :

        Defendant.     :

- - - - - - - - - - - - - - - X

     Upon the application of the United States, by United States Attorney for the Southern District of New York, Damian Williams, by Assistant United States Attorneys Matthew J.C. Hellman and David J. Robles;

     It is found that the Indictment in the above-captioned action, S1 21 Cr. 692, is currently sealed and the United States Attorney's Office has applied to have the Indictment unsealed, it is therefore

     ORDERED that the Indictment in the above-captioned action be unsealed and remain unsealed pending further order of the Court.

SO ORDERED.

Dated: New York, New York
      August 11, 2023

_____
HONORABLE VALERIE E. CAPRONI
UNITED STATES MAGISTRATE JUDGE