UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
UNITED STATES OF AMERICA :
:
       -against- : 21-CR-692 (VEC)
:
: <u>ORDER</u>
OSCAR HENAO MONTOYA, :
                     Defendant. :
:
------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

      IT IS HEREBY ORDERED that the change-of-plea hearing currently scheduled for August 14, 2024, is ADJOURNED to **Wednesday, August 21, 2024, at 3:30 P.M.** in Courtroom 443 of the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York 10007.

**SO ORDERED.**

**Date:  August 13, 2024**
       **New York, NY**

                                               **VALERIE CAPRONI**
                                          **United States District Judge**