UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
   UNITED STATES OF AMERICA

               -against-                               21-CR-692 (VEC)

                                                ORDER

   OSCAR HENAO MONTOYA,
                         Defendant.

-------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

      WHEREAS on August 21, 2024, the parties appeared before the Court for a change-of-plea hearing; and

      WHEREAS at the hearing, Mr. Henao Montoya did not change his plea and expressed interest in retaining new counsel.

      IT IS HEREBY ORDERED that the parties must appear before the Court on **Wednesday, August 28, 2024, at 10:00 A.M.**  At this hearing, Mr. Henao Montoya must inform the Court whether he wishes to retain new counsel, and whether he wishes to change his plea.  If he wishes to change his plea, he may do so at the hearing.  If he does not, trial remains scheduled for September 30, 2024.

**SO ORDERED.**

**Date:  August 22, 2024**
       **New York, NY**

                                          **VALERIE CAPRONI**
                                         **United States District Judge**