UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------X
                                           :

UNITED STATES OF AMERICA           :

                                           :

          -against-            :           21-CR-692 (VEC)

                                         :

                                         :            <u>ORDER</u>

OSCAR HENAO-MONTOYA,         :

                   Defendant.    :

                                         :

----------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

       WHEREAS on August 28, 2024, Mr. Henao-Montoya appeared before the Court for a change-of-plea hearing; and

       WHEREAS at the hearing, Mr. Henao-Montoya entered a plea of guilty to a lesser included offense of conspiring to import into the United States 500 grams and more of cocaine (Count One of the Indictment), which was accepted by the Court.

       IT IS HEREBY ORDERED that Mr. Henao-Montoya will be sentenced on **Tuesday, December 17, 2024, at 10:30 A.M.** in Courtroom 443 of the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York 10007.  The parties' sentencing submissions are due **December 3, 2024**.  All previously scheduled trial deadlines and proceedings are CANCELED as to this Defendant.

**SO ORDERED.**

**Date:  August 28, 2024**
       **New York, NY**

                                           **VALERIE CAPRONI**
                                  **United States District Judge**