

40 Exchange Place, 18th Floor
New York, New York 10005
646-741-0229

**maxnicholasllc.com**

**MEMO ENDORSED**

October 29, 2024

**BY ECF**

Hon. Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/29/2024

<u>**United States v. Oscar Henao Montoya, 21 Cr. 692 (VEC)**</u>

Dear Judge Caproni:

  I respectfully write to request that the sentencing date in the above-captioned case, which is currently December 17, 2024, be adjourned for approximately 30 days to ensure that I have sufficient time to review the Draft Pre-Sentence Investigation Report with Mr. Henao Montoya and discuss any objections thereto with the Government and Probation, and to assemble letters in support of Mr. Henao Montoya for sentencing.

  The Probation Department issued its Draft PSR on October 21, 2024. A Spanish interpreter is in the process of translating the report, which is extremely thorough, into Spanish for Mr. Henao Montoya to be able to review it and evaluate whether he has any objections to it; however, the translation process is still underway, and it will not be completed in time for my client to read the report or for me to then discuss it with him in advance of November 4, which is the current deadline to make any objections to the report. In addition, I am in the process of receiving letters in support of my client for sentencing; however, as I receive them, I am sending these letters to an interpreter for translation from Spanish to English so that I can read them, incorporate them into my sentencing submission, and transmit them to the Court. I want to make sure that I am allowing sufficient time for that process to be completed as well.

MAX NICHOLAS LLC

      I have conferred with the Government, and they consent to the adjournment. I thank the Court for considering this request.

      Respectfully submitted,

/s/ *Max Nicholas*

_____

Max Nicholas LLC
40 Exchange Place
Suite 1800
New York, NY 10005
646-741-0229
max@maxnicholasllc.com

Application GRANTED.  Mr. Henao Montoya's sentencing is ADJOURNED to **Thursday, January 30, 2025, at 10:30 A.M.** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.  Pre-sentencing submissions are due **Thursday, January 16, 2025**.

SO ORDERED.

*[signature]* 10/29/2024

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE