UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
UNITED STATES OF AMERICA                                          :
                                                                  :
               -against-                                    :   21-CR-692 (VEC)
                                                                  :
                                                                  :   <u>ORDER</u>
OSCAR HENAO-MONTOYA,                                              :
                       Defendant.              :
                                                                  :
------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

       IT IS HEREBY ORDERED that Mr. Henao-Montoya's sentencing, currently scheduled for March 6, 2025, is ADJOURNED to **Tuesday, March 18, 2025, at 10:30 A.M.** in Courtroom 20C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007. Pre-sentencing submissions are due **Tuesday, March 4, 2025**.

**SO ORDERED.**

Date:  February 20, 2025
         New York, NY

                                              **VALERIE CAPRONI**
                                       **United States District Judge**