UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
UNITED STATES OF AMERICA :
:
-against- : 21-CR-692 (VEC)
:
: <u>ORDER</u>
OSCAR HENAO-MONTOYA, :
            Defendant. :
:
------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

    IT IS HEREBY ORDERED that Mr. Henao-Montoya's sentencing, currently scheduled for March 18, 2025, is ADJOURNED to **Tuesday, March 25, 2025, at 10:30 A.M.** in Courtroom 20C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007.

**SO ORDERED.**

**Date:  March 14, 2025**
**New York, NY**

                          **VALERIE CAPRONI**
                          **United States District Judge**